AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| SHANA ROBERTSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-CV-02746 |
| ARGENT TRUST CO., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Argent Trust Co.

Date: 08/02/2021

/s/ Patrick C. DiCarlo
*Attorney's signature*

Patrick C. DiCarlo, GA Bar No. 220339
*Printed name and bar number*

Groom Law Group, Chartered
95 E. Wesley Road
Atlanta, GA 30305
*Address*

pdicarlo@groom.com
*E-mail address*

(404) 964-1300
*Telephone number*

(202) 659-4503
*FAX number*